# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

HEATHER WIEDINMYER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AGROPEC TRADING, LLC d/b/a ALLIVET,

    Defendants.

CASE NO. 3:25-cv-06934-TSH

Hon. Thomas S. Hixson

**ORDER GRANTING JOINT STIPULATION TO MODIFY SUPPLEMENTAL BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Complaint filed:    August 15, 2025
Trial Date:    None Set

CASE NO. 3:25-cv-06934-TSH

ORDER

The Court, having considered the parties' Joint Stipulation to modify the supplemental briefing schedule on Defendant Agropec Trading LLC's ("Defendant") Motion to Compel Arbitration and to Stay Proceedings (the "Motion"), and finding good cause therefore, **HEREBY ORDERS** that the Joint Stipulation is **GRANTED**.

1.    Defendant shall file a supplemental brief in support of its Motion no later than June 22, 2026; and

2.    Plaintiff shall file any brief in response to Defendant's supplemental brief no later than July 6, 2026.

**IT IS SO ORDERED.**

Dated: _April 22, 2026_

_____
Hon. Thomas S. Hixson
United States Magistrate Judge